

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GILBERT C. WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 00-187 |
| BURL CAIN | SECTION "B" (2) |

## TRANSFER ORDER

The petitioner Gilbert C. Williams has tendered the instant application for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 in which he challenges the constitutionality of his 1980 conviction obtained in the Orleans Parish Criminal District Court on one count of second degree murder. The petitioner claims that the prosecution withheld exculpatory evidence in violation of the Supreme Court's ruling in *Brady v. Maryland*, 373 U.S. 82 (1963).

A review of this Court's records reveals that the petitioner has filed a previous *habeas corpus* petition in which he challenged this conviction. *See Williams v. Blackburn*, C.A. No. 85-125 (E.D. La. 1986). In that petition, the petitioner claimed that counsel had rendered ineffective assistance by failing to investigate and to adequately cross-examine the state's witnesses. The petition was dismissed with prejudice on the merits.



DATE OF ENTRY FEB 17 2000



Pursuant to 28 U.S.C. § 2244(b)(2), a claim presented in a second *habeas corpus* petition that was not presented in a prior petition must be dismissed unless:

(A) the claim relies on a new rule of law, made retroactive to cases on collateral review by the United States Supreme Court, that was previously unavailable; or

(B) (i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence, and

    (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for the constitutional error, no reasonable factfinder would have found the petitioner guilty of the underlying offense.

Before the petitioner may proceed with the claim raised in the instant petition, he must obtain permission to do so from the United States Fifth Circuit Court of Appeals. *See* 28 U.S.C. § 2244(b)(3). Until such time as petitioner obtains permission from the Fifth Circuit, this Court is without jurisdiction to proceed.

Accordingly,

**IT IS ORDERED** that the instant *habeas corpus* petition be construed in part as a Motion for Authorization to File a Second Petition pursuant to 28 U.S.C. § 2244(b)(3)(A).

**IT IS FURTHER ORDERED** that the instant petition be and hereby is **TRANSFERRED** under the authority of 28 U.S.C. § 1631 to the United States Fifth Circuit Court of Appeals for that court to determine whether the petitioner is authorized

under 28 U.S.C. § 2244(b) to proceed in this District Court.

New Orleans, Louisiana, this ___16th___ day of ___Feb___, 2000.

_____
UNITED STATES DISTRICT JUDGE

3